# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| CHRISTINA GEORGE<br><br>Plaintiff(s)<br><br>v.<br><br>ANDREW SAUL<br><br>Defendant(s) | Case Number<br><br>20cv1104-MSB<br><br>**ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: June 18, 2020

_____
Michael S. Berg
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other:
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to

Comments:

Dated:

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

Dated:

_____
United States District Judge