UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GEORGE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, *Commissioner of Social Security*,<br><br>　　　　　Defendant. | CASE NO. 20cv1104-MSB<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT<br>[ECF NO. 13] |

　　　Upon consideration of the parties "Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment," (see ECF No. 13), the Court **GRANTS** the Joint Motion as follows:

　　　1.　　The Court **ORDERS** that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence including, but not limited to, the medical-opinion evidence, and issue a new decision.

1  |  2. The Court enters **JUDGMENT** in favor of Plaintiff and against
2  |  Defendant, reversing the final decision of the Commissioner.  The Court
3  |  **DIRECTS** the Clerk of Court to close the case.
4  |      **IT IS SO ORDERED.**
5  |  Dated:  April 12, 2021

Honorable Michael S. Berg
United States Magistrate Judge

Case No. 20cv1104-MSB